1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SCOTT WESLEY HUMPHREYS,

Plaintiff,

v.

HEATHER WILSON, *et al.*,

Defendants.

CASE NO. 3:22-CV-5628-JHC-DWC

REPORT AND RECOMMENDATION

Noting Date: December 23, 2022

Plaintiff Scott Wesley Humphreys, proceeding *pro se* and *in forma pauperis*, filed this civil rights action under 42 U.S.C. § 1983. After completing an initial screening of the Complaint filed, the Court issued an Order on September 20, 2022, declining to serve the Complaint but providing Plaintiff with leave to file an amended pleading by October 21, 2022 to cure the deficiencies. Dkt. 7. Plaintiff filed an amended complaint on October 7, 2022, but it failed to cure the deficiencies identified by the Court in its September 20, 2022 Order. *See* Dkt. 8. As a result, on October 24, 2022, the Court issued an Order directing Plaintiff to file a second amended complaint. *See* Dkt. 9. In addition, the Court notified Plaintiff that his failure to comply with the Court's Order would result in the Court recommending dismissal of this case.

REPORT AND RECOMMENDATION - 1

1    Plaintiff has failed to comply with the Court's October 24, 2022 Order. He has not filed a

2    second amended complaint to correct the deficiencies contained within the amended complaint.

3    As Plaintiff has failed to respond to the Court's Order and prosecute this case, the Court

4    recommends this case be dismissed without prejudice.

5    Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

6    Procedure, the parties shall have fourteen (14) days from service of this report to file written

7    objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

8    objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C),

9    and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474

10   U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations

11   omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the

12   matter for consideration on December 23, 2022, as noted in the caption.

13   Dated this 9th day of December, 2022.

15   David W. Christel
     United States Magistrate Judge