UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT WESLEY HUMPHREYS,

                Plaintiff,

v.

HEATHER WILSON, *et al.*,

                Defendants.

No. 3:22-CV-5628-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation,[1] if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's claims are dismissed without prejudice for failure to respond to the Court's Order and to prosecute this case.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 26th day of January, 2023.

                                                John H. Chun
                                                United States District Judge

---

[1] On December 21, 2023, Plaintiff filed a handwritten document with attachments. Dkt. # 11. To the extent Plaintiff intended these materials to be objections, they provide no legitimate reason to reject the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1